AO 240 (Rev. 6/86)  Application to Proceed ⊕                                    FILED

# United States District Court                                    JUL 11 2007

FOR    DISTRICT OF __COLUMBIA__                    NANCY MAYER WHITTINGTON, CLERK
                                                                    U.S. DISTRICT COURT

NELSON R. AYBAR,                          APPLICATION TO PROCEED IN
      Plaintiff,                     FORMA PAUPERIS, SUPPORTING
V.                                        DOCUMENTATION AND ORDER

GEORGE W. BUSH, President of the          CASE NUMBER:  07 1243
United States; ALBERTO GONZALES,
Attorney General; and JOHN P.
WALTERS, Director of the DEA,
      Defendants.

I, __Nelson R. Aybar__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff         [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant         [X] __Fed.R.Cv.P. 5.1__
                                         other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

    Plaintiff is drawing in question the constitutionality as-it-applied of the Title 21 U.S.C. §§841(b)(1)(A)(ii)(II) and 846, in the instant matter, due to the fact, that the defendants failed to produce a "mixture or substance containing a detectable amount of ... drugs" in violation of the intent of Congress and the teaching of the U.S. Supreme Court.

In further support of this application, I answer the following questions.

1. Are you presently employed?                             Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)




   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
            Aug. 14, 1992/ $600.00

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes [ ]    No [X]
   b. Rent payments, interest or dividends?                      Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?            Yes [ ]    No [X]
   d. Gifts or inheritances?                                     Yes [ ]    No [X]
   e. Any other sources?                                         Yes [ ]    No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**N/A**

3. Do you own any cash, or do you have money in checking or savings accounts?

    Yes [x]    No [ ]    (Include any funds in prison accounts.)

    If the answer is "yes," state the total value of the items owned.

    **$532.46**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes [ ]    No [x]

    If the answer is "yes," describe the property and state its approximate value.

    **N/A**

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    **N/A**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JUNE 12__, 2007         __Nelson R. Aybar__
              (Date)                        Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

I further certify that during the last six months the applicant's average balance was $ _____

SEE ATTACHMENT!                        _____
                                       Authorized Officer of Institution

---

**ORDER OF COURT**

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____  _____<br>United States Judge    Date | _____  _____<br>United States Judge    Date<br>or Magistrate |

**Today's Date:** 06/06/2007

**Inmate Current Running Balance Date Range Report**
**Northeast Ohio Correctional Center**

Page 1 of 2

Report Spanning: 01/06/2007 - 06/06/2007

**Inmate Name:** AYBAR, NELSON   **Booking#** 878260   **Beginning Balance:** 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/2007 08:36 | Deposit | 346.40 | CK | MAIL | ustreasury | 29403317 | 346.40 | 4319219 | |
| 03/23/2007 08:36 | Deposit | 100.00 | MO | MAIL | rabreu | 10951255890 | 446.40 | 4319463 | |
| 03/26/2007 10:27 | Withdrawal | -1.00 | CE | | NEOCC - copies | | 445.40 | 4338278 | |
| 03/26/2007 10:48 | Withdrawal | -.90 | CE | | NEOCC - copies | | 444.50 | 4338999 | |
| 03/26/2007 10:51 | Withdrawal | -.20 | CE | | NEOCC - copies | | 444.30 | 4339095 | |
| 03/26/2007 10:51 | Withdrawal | -1.00 | CE | | NEOCC - copies | | 443.30 | 4339099 | |
| 03/26/2007 10:51 | Withdrawal | -.30 | CE | | NEOCC - copies | | 443.00 | 4339104 | |
| 03/26/2007 10:52 | Withdrawal | -.80 | CE | | NEOCC - copies | | 442.20 | 4339107 | |
| 03/26/2007 10:52 | Withdrawal | -.10 | CE | | NEOCC - copies | | 442.10 | 4339111 | |
| 03/26/2007 13:41 | Withdrawal | -107.80 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 334.30 | 4342683 | |
| 03/27/2007 08:30 | Deposit | 125.00 | MO | MAIL | aspacia abreu | 11003953590 | 459.30 | 4344979 | |
| 04/02/2007 13:27 | Withdrawal | -.20 | CE | | NEOCC - copies | | 459.10 | 4393211 | |
| 04/02/2007 15:01 | Deposit | 26.18 | JN | | March Pay | | 485.28 | 4394785 | |
| 04/04/2007 08:42 | Withdrawal | -73.65 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 411.63 | 4412164 | |
| 04/04/2007 09:43 | Withdrawal | -.70 | CE | | NEOCC - copies | | 410.93 | 4413301 | |
| 04/05/2007 08:59 | Withdrawal | -1.00 | CE | | NEOCC - copies | | 409.93 | 4425671 | |
| 04/06/2007 08:11 | Deposit | 300.00 | MO | MAIL | iaguirre | 11070715994 | 709.93 | 4431310 | |
| 04/06/2007 08:42 | Withdrawal | -.50 | CE | | NEOCC - copies | | 709.43 | 4437912 | |
| 04/06/2007 09:20 | Withdrawal | -4.88 | PO | | NEOCC - postage | | 704.55 | 4438534 | |
| 04/10/2007 12:22 | Withdrawal | -56.40 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 648.15 | 4471601 | |
| 04/12/2007 09:10 | Withdrawal | -.20 | CE | | NEOCC - copies | | 647.95 | 4495205 | |
| 04/12/2007 09:14 | Withdrawal | -.80 | CE | | NEOCC - copies | | 647.15 | 4495267 | |
| 04/12/2007 09:17 | Withdrawal | -.10 | CE | | NEOCC - copies | | 647.05 | 4495327 | |
| 04/17/2007 09:58 | Withdrawal | -30.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 617.05 | 4533853 | |
| 04/18/2007 08:39 | Withdrawal | -.50 | CE | | NEOCC - copies | | 616.55 | 4546649 | |
| 04/18/2007 08:43 | Withdrawal | -2.50 | CE | | NEOCC - copies | | 614.05 | 4546710 | |
| 04/18/2007 08:49 | Withdrawal | -.10 | CE | | NEOCC - copies | | 613.95 | 4546768 | |
| 04/18/2007 08:52 | Withdrawal | -.40 | CE | | NEOCC - copies | | 613.55 | 4546822 | |
| 04/23/2007 10:27 | Withdrawal | -.40 | CE | | NEOCC - copies | | 613.15 | 4580834 | |

FILED JUL 11 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

07 1243

**Inmate Current Running Balance Date Range Report**
**Northeast Ohio Correctional Center**

Today's Date: 06/06/2007  Page 2 of 2
Report Spanning: 01/06/2007 - 06/06/2007

Inmate Name: AYBAR  NELSON    Booking#  878260    Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 04/24/2007 11:13 | Withdrawal | -41.65 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 571.50 | 4596997 | |
| 04/25/2007 10:50 | Withdrawal | -.40 | CE | | NEOCC - copies | | 571.10 | 4611015 | |
| 04/25/2007 10:52 | Withdrawal | -2.40 | CE | | NEOCC - copies | | 568.70 | 4611089 | |
| 04/27/2007 09:41 | Withdrawal | -.10 | CE | | NEOCC - copies | | 568.60 | 4628380 | |
| 05/01/2007 09:13 | Deposit | 50.00 | MO | MAIL | lguzman | 10719728166 | 618.60 | 4640372 | |
| 05/01/2007 12:42 | Withdrawal | -.70 | CE | | NEOCC - copies | | 617.90 | 4650001 | |
| 05/02/2007 09:53 | Withdrawal | -.70 | CE | | NEOCC - copies | | 617.20 | 4660240 | |
| 05/03/2007 12:50 | Deposit | 24.99 | JN | | April Pay | | 642.19 | 4678086 | |
| 05/04/2007 10:40 | Withdrawal | -.20 | CE | | NEOCC - copies | | 641.99 | 4687150 | |
| 05/04/2007 10:47 | Withdrawal | -.20 | CE | | NEOCC - copies | | 641.79 | 4687230 | |
| 05/07/2007 12:45 | Withdrawal | -47.35 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 594.44 | 4703659 | |
| 05/09/2007 11:18 | Withdrawal | -.20 | CE | | NEOCC - copies | | 594.24 | 4730955 | |
| 05/10/2007 09:35 | Withdrawal | -9.05 | PO | | NEOCC - postage | | 585.19 | 4742291 | |
| 05/10/2007 09:39 | Withdrawal | -14.40 | CE | | NEOCC - copies | | 570.79 | 4742476 | |
| 05/13/2007 13:47 | Withdrawal | -14.50 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 556.29 | 4768823 | |
| 05/18/2007 13:33 | Withdrawal | -71.25 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 485.04 | 4829761 | |
| 05/22/2007 09:46 | Deposit | 50.00 | MO | MAIL | era aybar | 10951566546 | 535.04 | 4849510 | |
| 05/24/2007 09:04 | Withdrawal | -1.00 | CE | | NEOCC - copies | | 534.04 | 4879928 | |
| 05/29/2007 09:10 | Withdrawal | -18.30 | PO | | NEOCC - postage | | 515.74 | 4903465 | |
| 05/30/2007 09:13 | Withdrawal | -15.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 500.74 | 4916902 | |
| 06/04/2007 09:52 | Deposit | 100.00 | MO | MAIL | eva v. | 11351071642 | 600.74 | 4938173 | |
| 06/05/2007 07:37 | Withdrawal | -95.55 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 505.19 | 4960944 | |
| 06/05/2007 10:43 | Deposit | 27.37 | JN | | May Pay | | 532.56 | 4964127 | |

Total Withdrawals this Inmate  -617.38    Total Deposits This Inmate  1149.94    Net Transactions  532.56