FILED
JUL 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NELSON R. AYBAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 07 1243 |

## TRANSFER ORDER

This matter comes before the Court on review of a *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is incarcerated in Youngstown, Ohio pursuant to a federal sentence imposed in the Southern District of New York. *See United States v. Aybar,* No. 92-CR-918, 2002 WL 1159686 (S.D.N.Y. May 30, 2002). He alleges that the federal drug statute under which he was convicted is unconstitutional.

A federal prisoner who makes a collateral challenge to his conviction or sentence must file a motion pursuant to § 2255. *Pradeski v. Hawk-Sawyer,* 36 F. Supp. 2d 1, 2 (D.D.C. 1999). Such a motion must be made in the sentencing court. *Moore v. Smith,* No. 06-5078, 2006 WL 2036816, at *1 (D.C.Cir. July 6, 2006); *Simmons v. Beshouri,* No. 06-380, 2006 WL 751335, at *1 (D.D.C. Mar. 23, 2006). This Court is without jurisdiction to consider plaintiff's claim. Accordingly, nd it is hereby

ORDERED that the case is TRANSFERRED to the United States District Court for the Southern District of New York. Whether plaintiff should be allowed to proceed *in forma*

*pauperis* is a matter to be determined by the transferee court.

/s/ Henry Kennedy
United States District Judge

DATE: 6/29/2007